UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID KYLE ALDRED, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:15-cv-02196-LSC-SGC |
| SHERIFF DENNIS GREEN, et al., | ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

The magistrate judge filed a report on August 29, 2018, recommending the defendants' motions for summary judgment be granted. (Doc. 92). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendants' motions for summary judgment are **GRANTED**, the court finding no genuine issues of material fact exist.

**DONE** and **ORDERED** on September 26, 2018.

                                        L. Scott Coogler
                                United States District Judge

160704